Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Judith T. Sethna (SBN 232731)
Email: jsethna@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     +1 213 457 8000
Facsimile:     +1 213 457 8080

Attorneys for Defendant
The Swiss Colony, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Westmass,<br><br>               Plaintiff,<br><br>     vs.<br><br>The Swiss Colony, LLC; and Does 1-10, inclusive,<br><br>               Defendants. | No.: 1:14-cv-00102-LJO-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current Response Date:  March 25, 2014<br>New Response Date: April 8, 2014 |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

**WHEREAS**, Defendant The Swiss Colony, LLC ("Swiss Colony") and Plaintiff Barbara Westmaas stipulate to an additional extension of time by which Swiss Colony shall answer or otherwise respond to the complaint;

**WHEREAS**, the parties previously stipulated to extend the time by which Swiss Colony shall answer or otherwise respond to the complaint. Since then, the parties have engaged in good faith negotiations in an attempt to reach a settlement, and the purpose of this extension is to provide additional time for the parties to pursue a settlement of this action;

**WHEREAS**, pursuant to Fed. Civil Local Rule 144(a), the parties must obtain a Court order if the extension of time within which to answer or otherwise respond to the complaint is more than a cumulative total of twenty eight (28) days from the date the response initially would have been due,

**THEREFORE**, the parties respectfully request that the Court order that Swiss Colony's response to the complaint shall be due no later than April 8, 2014.

DATED:  March 25, 2014.

        REED SMITH LLP

        By   /s/ Judith T. Sethna
           Judith T. Sethna
           Attorney for Defendant
           The Swiss Colony, LLC

DATED:  March 25, 2014.

        LEMBERG & ASSOCIATES, LLC

        By   /s/ Tammy L. Hussin
           Tammy L. Hussin
           Attorney for Plaintiff
           Barbara Westmaas

**ORDER**

Based on the Stipulation of the parties, and for good cause shown, Swiss Colony's response to Plaintiff's complaint shall be due no later than April 8, 2014.

IT IS SO ORDERED.

Dated:  **March 25, 2014**      /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE