UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WESTMAAS,<br><br>     Plaintiff,<br><br>  vs.<br><br>THE SWISS COLONY, LLC,<br><br>     Defendants.<br>_____/ | Case No. 1:14-cv-0102-LJO-BAM<br><br>**ORDER AFTER SETTLMENT** |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than **July 17, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

  Dated:   **May 19, 2014**           /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

1