Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, BARBARA WESTMAAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WESTMAAS,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE SWISS COLONY, LLC; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.:  1:14-cv-0102-LJO-BAM<br><br>**STIPULATION OF DISMISSAL; (PROPOSED) ORDER**<br><br>Judge:  Barbara A. McAuliffe |

///

///

///

PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff, Barbara Westmaas ("Plaintiff"), dismisses the above-mentioned matter with prejudice with each party bearing their own costs.

DATED: July 14, 2014    By: */s/Tammy Hussin*
                            Tammy Hussin, Esq.
                            HUSSIN LAW FIRM
                            Attorney for Plaintiff, STEPHEN YOUMANS

DATED: July 14, 2014    By: */s/Judith T. Sethna*
                            Judith T. Sethna, Esq.
                            REED SMITH LLP
                            Attorneys for Defendant, THE SWISS COLONY, LLC.

## ORDER

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_____                        _____
                                         BARBARA A. McAULIFFE
                                         United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Deborah M. Perlstein declare:

I am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 11440 West Bernardo Court, Suite 300, San Diego, California 92127.  On July 14, 2014, I served the following document(s) on the parties in the within action:

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

|   |   |
|---|---|
|   | **BY MAIL**: I am familiar with the business practice for collection and processing of mail.  The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Diego, CA, on this date, addressed as follows: |
| **X** | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's CM/ECF filing system to the following: |

| | |
|---|---|
| Judith T. Sethna, Esq.<br>jsethna@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br>Telephone: (213) 457-8000<br>Facsimile: (213) 457-8080 | Attorneys for Defendant<br>The Swiss Colony, LLC |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 14, 2014.

By: ___*/s/Deborah M. Perlstein*___
      Deborah M. Perlstein