Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, BARBARA WESTMAAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA WESTMAAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE SWISS COLONY, LLC; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.:  1:14-cv-0102-LJO-BAM<br><br>**STIPULATION OF DISMISSAL; (ORDER**<br><br><br>Judge:  Barbara A. McAuliffe |

///

///

///

PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff, Barbara Westmaas ("Plaintiff"), dismisses the above-mentioned matter with prejudice with each party bearing their own costs.

DATED: July 15, 2014        By:  /s/Tammy Hussin
                                 Tammy Hussin, Esq.
                                 HUSSIN LAW FIRM
                                 Attorney for Plaintiff, STEPHEN YOUMANS

DATED: July 15, 2014        By:  /s/Judith T. Sethna
                                 Judith T. Sethna, Esq.
                                 REED SMITH LLP
                                 Attorneys for Defendant, THE SWISS COLONY, LLC.

## ORDER

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

**SO ORDERED**
**Dated: July 15, 2014**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**